

---

## Important Information About Y   our V endor Express Account

---

Amazon V endor Express   <donotreplyfrom@amazon.com>        Mon, Mar 19, 2018 at 2:12 PM
Reply-To: do_not_reply <donotreply@amazon.com>
To: "garrykutcher5wm22@gmail.com" <garrykutcher5wm22@gmail.com>



Hello,

We are constantly looking for ways to improve the selling experience on Amazon. After careful evaluation of our selling programs, we have decided to retire Vendor Express in an effort to refocus the business toward other selling tools.

Beginning May 21, 2018, Amazon will stop issuing purchase orders through V     endor Express   and you will no longer be able to add, edit, or market your products on Vendor Express. However, you can submit your invoices to us until June 30, 2018. You will still be able to view payments and invoices until January 1, 2019, when Vendor Express becomes permanently unavailable.

### More ways to sell on Amazon

To continue taking advantage of peak sales on Prime Day and the holidays, we encourage you to sell your products as a seller through Amazon Marketplace. Half of the products sold worldwide on Amazon are from businesses that offer their products through Amazon Marketplace. To do so, you need a Seller Central account.

If you already have a Seller Central account, you can continue selling your products through Amazon Marketplace. If you do not have a Seller Central account, find out more about Selling on Amazon.

We greatly appreciate your business with us and hope you continue selling your products on Amazon. We apologize for any inconvenience this may cause you. If you have additional questions, sign in to Vendor Express and review our help page.

Thank you,
Amazon Vendor Express

Please note: this email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

Vendor Express Terms & Conditions © 2018 , Amazon.com, Inc. or its affiliates.

All rights reserved. Vendor Express is a trademark of Amazon.com. Inc. or its affiliates